IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JENNIFER CLINE-WESTLAKE,

Appellant,

v.

Case No.  5D22-1238
LT Case No. 2021-CF-951

STATE OF FLORIDA,

Appellee.
_____/

Decision filed January 31, 2023

Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

Matthew J. Metz, Public Defender,
and Kathryn Rollison Radtke,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

   AFFIRMED.

EVANDER, EDWARDS and EISNAUGLE, JJ., concur.